USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 97-2197 UNITED STATES OF AMERICA, Plaintiff, Appellee, v. ONE PARCEL OF LAND, ETC., Defendant, Appellee.   EDWIN COLON, Defendant, Appellant.  APPEAL FROM THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF MASSACHUSETTS  [Hon. Nathaniel M. Gorton, U.S. District Judge]  Before  Torruella, Chief Judge, Selya and Boudin, Circuit Judges.  Edwin Colon on brief pro se. Donald K. Stern, United States Attorney, and Patrick M.Hamilton, Assistant United States Attorney, on brief for appellee.July 10, 1998   Per Curiam. Pro se appellant Edwin Colon appeals a district court judgment which denied his motion for relief from a final judgment compelling the forfeiture of his former residence at 13 Maplewood Drive in North Grafton, Massachusetts. Appellant maintains that the forfeiture was unfair because he did not receive notice of the forfeiture proceeding until the government served him with a copy of the court's final judgment on April 12, 1996. This court has thoroughly reviewed the record and the parties' briefs on appeal. We conclude that the district court did not abuse its discretion in denying appellant relief. See, e.g., United States v. Real Property, 135 F.3d 1312, 1315-16 (9th Cir. 1998); United States v. Clark, 84 F.3d 378, 381 (10th Cir. 1996). We further reject appellant's contention that because the government failed to use his inmate registration number from the Plymouth County Correctional Facility in addressing its notices, and further erroneously included the middle initial "A" in its addresses, the notices were constitutionally inadequate. See, e.g., Bye v. United States, 105 F.3d 865, 857 (2d Cir. 1997)(per curiam); United States v. 51 Pieces of Real Property, 17 F.3d 1306, 1317 & n.11 (10th Cir. 1994). Accordingly, the judgment of the district court is affirmed. See Local Rule 27.1.